UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   2:07-cv-02799-ER-JWJx                                     DATE:  January 10, 2008
Title:         *Ammar Al-Jilani v. Alberto R. Gonzales, et al.*
===============================================================
PRESENT:         HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

| Pamela Silence | Not Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     ORDER TO SHOW CAUSE FOR POSSIBLE DISMISSAL FOR LACK OF PROSECUTION (IN CHAMBERS)

The Court, on its own Motion, hereby ORDERS plaintiffs to show cause *in writing* not later than **February 26, 2008** why this action should not be dismissed for lack of prosecution.

Counsel are advised that *no stipulations*, including those for extensions of time, are effective unless approved by this Court (except as provided in the Local Rules.)

Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, no ORAL ARGUMENT will be heard on this matter unless ordered by the Court.  The Court will consider as a satisfactory response on or before the date indicated above the filing of the following:

> **Rule 26(f) report in response to the Court's Notice of Intent to Schedule Case Order (filed September 27, 2007) ordering a response on or before November 27, 2007.**

**FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.**

                                                                                      :
                                       Initials of Preparer        prs